802

further *in forma pauperis,* denied. *Mr. James F. Kemp* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 817. KOSTECKA *v.* UNITED STATES; and

No. 818. LIVE STOCK NATIONAL BANK, ADMINISTRATOR, *v.* UNITED STATES. February 9, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motions for leave to proceed further *in forma pauperis,* denied. *Mr. Warren E. Miller* for petitioner in No. 817. *Mr. Stephen A. Cross* for petitioner in No. 818. *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Keith L. Seegmiller,* and *W. Marvin Smith* for the United States.

No. 869. MARK *v.* WARDEN OF ATTICA STATE PRISON. February 9, 1942. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Ralph Mark, pro se.*

No. 564. MASCOT STOVE CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. February 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert A. Littleton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Hubert L. Will* for respondent.

No. 644. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CEMENT INVESTORS, INC. February 9, 1942. Petition for writ of certiorari to the Circuit Court of